

**ORDERED in the Southern District of Florida on March 1, 2016.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

JOE W. EASTON;

        Debtor.        /

Case No. 13-32852-BKC-LMI

Chapter 7

### ORDER SUSTAINING TRUSTEE'S OBJECTIONS TO CLAIMS

**THIS MATTER** having come before the Court upon the *Trustee's Objection(s) to Claim(s)* (the "Objection") [ECF # 79] (the "Objection) filed by Jacqueline Calderin (the "Trustee"), the Chapter 7 Trustee of the above-styled case, and upon submitting this form of order having represented that the Objection was served on all parties required by Local Rule 3007-1(A), that the 30-day response time provided has expired and no one has filed, or served on the movant, a response to the Objection, pursuant required by Local Rule 3007-1(D). The Court having reviewed the Objection, finding adequate notice of the Objection was provided to all interested parties, and finding good cause therefor, the Court **ORDERS** as follows:

1. The Objection is **SUSTAINED** as follows:

| Claim No. | Name of Claimant | Treatment of Claim |
|---|---|---|
| 1 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Claim is stricken and disallowed in its entirety. |
| 2 | Commerce Bank Kansas<br>PO Box 419248 Kcrec-10<br>Kansas City, MO 64179 | Claim is stricken and disallowed in its entirety. |
| 4 | eCAST Settlement Corp, Assignee of Capital One, NA<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712 | Claim is stricken and disallowed in its entirety. |

# # #

Submitted by:
**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
247 SW 8th Street, #880
Miami, Florida 33130
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com

Trustee Calderin is directed to serve a conformed copy of this Order to all creditors, parties in interest, and others entitled to service.